ary 5, 1900.) Action by Patrick Tracy against Anthony Ellis and others. No opinion. Motion denied, with $10 costs.

TUSHINGHAM, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 30, 1900.) Action by Peter Tushingham against the Third Avenue Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re TWELFTH WARD PARK. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of the Twelfth Ward Park (Little Italy). No opinion. Affidavit of service insufficient. The person served should be named, and the affiant should swear to knowledge that such person is in fact the deputy comptroller. The place of service should also be specified.

In re TWELFTH WARD PARK. In re MULIERI. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of the Twelfth Ward Park, and in the matter of Mulieri. No opinion. Report confirmed. See 57 N. Y. Supp. 1149.

ULMER, Respondent, v. EWALD, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by William Ulmer against Conrad Ewald. No opinion. Judgment of the municipal court reversed, on argument, and new trial ordered; costs to abide the event.

VAIL, Respondent, v. LEARY, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1900.) Action by Moses Vail against Sylvester N. Leary.

PER CURIAM. Order modified, so as to impose upon the plaintiff the payment of $20 costs and the taxable disbursements for the attendance of the defendant's witnesses at trial term, as a condition of opening his default, and, as thus modified, affirmed, with $10 costs and disbursements to the appellant.

VAN DEVENTER, Respondent, v. VAN DEVENTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Susie M. Van Deventer against Stephen V. Van Deventer. No opinion. Appeal dismissed upon stipulation.

VAN MARTER, Respondent, v. GROTON BRIDGE & MANUFACTURING CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Carrie B. Van Marter against the Groton Bridge & Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

VIDAUD v. FORTY-SECOND ST., M. & ST. N. AVE. R. CO. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Edward E. Vidaud against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company. No opinion. Motion denied, with $10 costs. See 61 N. Y. Supp. 1150.

In re VON KELLER'S ESTATE. (Supreme Court, Appellate Division, First Department. January 5, 1900.) In the matter of Helen A. Von Keller, deceased. J. A. Mapes, for appellant. T. B. Chancellor, for respondent. No opinion. Order affirmed, with costs, on the opinion of the surrogate. 59 N. Y. Supp. 1079.

WALLER, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by John E. Waller against the state of New York. No opinion. Judgment reversed, and a new trial granted; costs to abide the event.

WARD, Respondent, v. PETRIE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Peter A. Ward, as receiver, etc., against Norman Petrie and another. No opinion. Order affirmed, with $10 costs and disbursements.

WASHINGTON, Respondent, v. SEAMAN'S BANK FOR SAVINGS, Appellant. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by Walter S. Washington, as ancillary administrator, against the Seaman's Bank for Savings. W. W. Thompson, for appellant. G. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice BOOKSTAVER in the court below. 61 N. Y. Supp. 971.

WASHINGTON v. SEAMAN'S BANK FOR SAVINGS. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Walter S. Washington against the Seaman's Bank for Savings. No opinion. Motion denied. See 61 N. Y. Supp. 971.

WASHINGTON v. SEAMAN'S BANK FOR SAVINGS. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Walter S. Washington against the Seaman's Bank for Savings. No opinion. Motion denied, with $10 costs. See 61 N. Y. Supp. 971.

WEEKS et al., Respondents, v. JONES, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Charles W. Weeks and others against John W. Jones. No opinion. Judgment and order affirmed, with costs.

In re WHITE. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) In the matter of the application of Josiah J. White, as guardian, etc., of Frederick Hall White, an infant, etc. No opinion. Order affirmed, without costs, on authority of In re Greenhalgh, 64 Hun, 26, 18 N. Y. Supp. 748. See 57 N. Y. Supp. 862.

WHITE et al., Respondents, v. WELSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Georgia Caroline White and another against Charles M. Welsh, as executors, etc. No opinion. Judgment and order appealed from affirmed, with costs. Held that the ques-